IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR412 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| JUSTIN WHITNEY, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Justin Whitney (Whitney) for a temporary release from detention to attend his grandmother's funeral in Ida Grove, Iowa on July 30, 2015 (Filing no. 44). The court, being fully advised finds that the motion should be granted.

The United States Marshal shall arrange for Whitney's release from detention at 7:00 a.m. on July 30, 2015. Whitney shall be released to the custody of his sister, Jillian Yang, who shall accompany Mr. Whitney to the funeral and return him to the detention facility no later than 5:00 p.m. on July 30, 2015.

IT IS SO ORDERED.

Dated this 29th day of July, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
Senior United State District Judge